U.S.

v.

**Benjamin A. DOERR**

**No. 17-0503/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 38963

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Tefera M. WORKNEH**

**No. 17-0505/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 38928

DAILY JOURNAL

Petitions for Grant of Review Denied

**UNITED STATES, Appellant/Cross-
Appellee**

v.

**Joshua KATSO, Appellee/Cross-Appellant**

**No. 17-0326/17-0327/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 38005

DAILY JOURNAL

Interlocutory Orders

On consideration of Appellee/Cross-Appellant's motion to supplement the record and motion to compel discovery, it is ordered that said motions pertaining to the above referenced docket numbers are hereby denied.

**UNITED STATES, Petitioner**

v.

**Ronald GRAY, Respondent**

**No. 17-0502/17-0525/**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 20160775

DAILY JOURNAL

Interlocutory Orders

On consideration of the motion filed by Shawn Nolan, Esq., Jonathan Jeffress, Esq., and Timothy Kane, Esq., for leave to appear pro hac vice, it is ordered that said motion pertaining to the above referenced docket numbers is hereby granted.*

---

* Judge Ohlson is recused and did not participate in this case.